Stephen A. MARINO, Appellant,

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

No. 09–3408.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2010.

Filed: April 30, 2010.

Before RILEY, Chief Judge, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Stephen A. Marino appeals following the district court's[1] order affirming the denial of disability insurance benefits (DIB) and supplemental security income (SSI) for the period from February 1999 to August 2004 (arising from a 1999 application); and reversing and remanding for further consideration of his 2005 SSI application. To the extent Marino has properly raised any issues for review concerning his entitlement to DIB and SSI from February 1999 to August 2004, see *Meyers v. Starke*, 420 F.3d 738, 743 (8th Cir.2005) (failure to present issues with some specificity can result in waiver), we agree with the district court that the ALJ's opinion is supported by substantial evidence on the record as a whole, see *McNamara v. Astrue*, 590 F.3d 607, 610 (8th Cir.2010) (standard of review). We decline to consider appellee's challenge to the district court's determination that reversal was warranted for further consideration of Marino's 2005 SSI application, because appellee did not file a cross-appeal. See *Smith v. Sullivan*, 982 F.2d 308, 314 (8th Cir.1992) (where appellee fails to file cross-appeal, he is prohibited from attempting to enlarge his rights or lessen his adversary's rights). Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

1. The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).